**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 2991 Disciplinary Docket No. 3 |
| | : | |
| DANIEL D. HEDIGER, A/K/A DANIEL DAVID HEDIGER | : | No. 97 DB 2023 |
| | : | |
| | : | (Supreme Court of New Jersey, D-14 |
| | : | September Term 2022) |
| | : | |
| | : | Attorney Registration No. 75624 |
| | : | |
| | : | (Out of State) |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 16th day of August, 2023, having indicated that he is not challenging the imposition of reciprocal discipline, Daniel D. Hediger, a/k/a Daniel David Hediger, is suspended from the practice of law in the Commonwealth of Pennsylvania for a period of three months, subject to satisfaction of the condition imposed by the Order of the Supreme Court of New Jersey filed May 10, 2023. He shall comply with the provisions of Pa.R.D.E. 217.